UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14053-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESSICA LYNN STEWART,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at a sentencing for violations of supervised release held on September 26, 2008. The Court adopts the magistrate judge's Report and Recommendation and finds the defendant in violation of her supervised release. Therefore, it is hereby

**ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **seven (7) months** with no supervision to follow.

**DONE and ORDERED** in West Palm Beach, this 29th day of September, 2008.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    Rinku Talwar, AUSA
        Robin Rosen-Evans, Esq.
        U.S. Probation
        U.S. Marshal